IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HERBERT MEEKS,            )
                          )
    Plaintiff,            )
                          )
v.                        )     Civil Action No.: 1:13-cv-00142-MW-GRJ
                          )
CCHI, LLC.                )
                          )
    Defendants.           )
_____)

### JOINT MOTION FOR SETTLEMENT CONFERENCE
### WITH MAGISTRATE JUDGE IN LIEU OF MEDIATION

The parties jointly request this Honorable Court schedule a settlement conference with a Magistrate in lieu of mediation and in support thereof state as follows:

1. This is a case where Plaintiff claims he was not paid overtime in violation of the FLSA. Plaintiff also contends that he was wrongfully terminated by Defendant in violation of the Whistleblower Act and FLSA anti-retaliation provisions.

2. In discussing possible mediators, both sides expressed a preference to have a settlement conference with Judge Jones instead of mediation as his knowledge and expertise on the issues presented in this case is superior to that of private mediators in the relevant area.

3. The parties request this matter be scheduled for mediation during the week of February 24, 2014, if Judge Jones's schedule permits as this may help to avoid ongoing discovery disputes and allow time to complete depositions if the settlement conference is not successful.

4. Pursuant to Local Rule 7.1(b), counsel discussed this motion and are filing it jointly.

DATED this 7th day of February, 2014

Respectfully submitted,

**THE LAW OFFICE OF MATTHEW BIRK**

/s/Matthew W. Birk
**Matthew W. Birk**
Florida Bar No.: 92265
309 NE 1ST Street
Gainesville, FL 32601
(352) 244-2069
(352) 372-3464 FAX
mbirk@gainesvilleemploymentlaw.com
ATTORNEYS FOR PLAINTIFF

And

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Lawrence E. Burkhalter
Lawrence E. Burkhalter, Esq.
Florida Bar Number: 0186104
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
Telephone: (305) 455-9500
Facsimile: (305)455-9501
lburkhalter@wwhgd.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I CERTIFY that on the 7th day of February, 2014, I served a copy of the foregoing to counsel of record by CM/ECF.

/s/ *Lawrence E. Burkhalter*
Lawrence E. Burkhalter, Esq.
Florida Bar Number: 0186104